UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-cv-80051-DMM-DLB

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

       Plaintiff,

v.

LEADER REALTY, INC.,

       Defendant.

_____

## DECLARATION OF ROBERT STEVENS

I, Robert Stevens state the following:

1.      I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

2.      I reside in West Palm Beach, Florida. I am an experienced professional photographer and make a living from photography. Through AAP, I provide high-end real estate photography services to real estate brokers and agents in South Florida.

3.      I am AAP's principal photographer and its founder. My work is sought after by real estate professionals throughout South Florida. For over a decade, I have photographed some of the most expensive real estate listings in U.S. history, including Donald Trump's mega-mansion in Palm Beach listed for $125 million. From Palm Beach to California, the Bahamas and New York, I have been contracted to photograph the estates of Madonna, Celine Dion, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Bill Gates, Tommy Lee Jones, Bryant Gumble and Chris Evert.

4. The techniques that I use are difficult to execute effectively. My photos are made using special aerial photography capture techniques that employ drones or other technology to capture photographs from angles that would not otherwise be possible.

5. I created six photographs as identified in the table below, which are also shown below referred to herein as the "Works."

| Copyright Title | Registration Number | Registration Issue Date | CMI Removal |
|---|---|---|---|
| Oasis aerial e Singer Island 2008 AAP | VA 2-099-658 | 4/4/2018 | No |
| Singer Island Welcome aerial pano 2008 AAP | VA 2-059-014 | 6/23/2017 | No |
| Gulf Stream aerial d 2011 AAP | VA 2-104-317 | 4/8/2018 | No |
| 1 Inlet Cay Dr aerial back pool 2016 AAP | VA 2-201-266 | 3/26/2020 | Yes |
| 1 Inlet Cay Dr aerial w insert 2016 AAP | VA 2-201-266 | 3/26/2020 | Yes |
| WPB and PB pano c 2008 AAP | | | Yes |



Singer Island Welcome aerial pano 2008 AAP Mar. 13, 2010

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK



1 Inlet Cay Dr aerial back pool 2016 AAP



1 Inlet Cay Dr aerial w insert 2016 AAP

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK



Gulf Stream aerial d 2011 AAP



WPB and PB pano c 2008 AAP



Oasis aerial e Singer Island 2008 AAP

6. I registered the Work with the Register of Copyrights on June 23, 2017, April 4, 2018, April 8, 2018, and March 26, 2020 and was assigned the registration number VA 2-059-014, VA 2-099-658, VA 2-104-317 and VA 2-201-266, respectively. The certificates of Registration are attached hereto as Exhibit 1.

7. AAP own all rights, title, and interest, including copyrights, in and to the Works by nature of both written assignment by me to AAP and by nature of the fact that the Works were works for hire taken on behalf of AAP.

8. Significant technical attributes were required to make the Works including; monitoring the environment with regard to atmospheric conditions, cloud cover, wind speed, wind direction, and precipitation; extensive image location scouting to identify potential photo locations, angles, elevations, accessibility, and security issues; obtaining authorizations to secure

access to private property; and using advanced photo exposure control, both in-camera and via post-production software, to ensure a common brightness, contract, clarity, color temperature, color saturation, color tonality, and image noise reduction.

9.  The Works are scarce not only due to their high quality but also the unique techniques applied to achieve such amazing results.

10. The typical range of fees I receive for creating and licensing the right to make non-exclusive commercial use (meaning use for purposes of advertising or promoting the licensee's business) and displaying on the internet of one of my copyrighted photographs similar in quality and popularity to the Works is approximately $1,000, per year, per photograph.

11. It is my understanding that LEADER REALTY, INC. ("Leader") is a realty company that specializes in commercial sales, property appraisal, property rentals, and investments in the real estate industry. Upon information and belief, at all times relevant herein, Leader was the owner and operator of the internet website located at the URL www.leaderrealtyonline.com (the "Website").

12. On or before May 13, 2019, Defendant copied the Works without my permission and used them to advertise and promote the sale of goods and services as part of its remodeling and contractor business. Defendants' infringements are attached hereto as Exhibit 2.

13. Defendant has never been licensed to use the Works for any purpose.

14. After Defendant copied the Works, they made further copies and distributed the Works on the internet to promote the sale of its goods and services.

15. Through my counsel I notified Defendant of the allegations set forth herein on July 10, 2019. To date, the parties have been unable to resolve the dispute.

16. Had Defendant hired AAP to create and license the Works and to reproduce and display the Works on its website, I would have charged at least $1,000 per year to use the photographs.

17. The ability of the Defendants to reproduce, modify, distribute and display the copyrighted Work for its own commercial benefit without compensation to me greatly impairs the market value of the Work since others competing with that business, or in related business areas, will not want to obtain a license to my Work if they are already associated with a competing business. Similarly, potential licensees of my copyrighted photographs will not want to pay my license fees if they see other commercial enterprises taking and using my photographs for its own commercial purposes without paying any fee at all.

18. The Works have lost significant value to their scarcity by the widespread and continuing dissemination resulting from defendants' infringement.

19. I believe my damages to be $10,000 per year after considering a scarcity multiplier of 2 to the licensing fee of $1,000 per image, per year.

20. When I publish my works, including those at issue here I include Copyright Management Information ("CMI") in the form of a copyright notice, which consisted of the "Photography by Robert Stevens" to the bottom left corner of the WPB and PB pano Work, and the words "© AAP 2016 all rights reserved" to the bottom left corner of the "1 Inlet Cay Dr aerial back pool 2016 AAP," "1 Inlet Cay Dr aerial w insert 2016 AAP," Works.

21. In addition to reproducing and displaying my photographs without permission, Defendants removed my copyright notice in an attempt to cover up their infringement and facilitate others to commit further infringements.

22. The removal of my copyright management information eliminated my right and ability to control the use and transmission of the Works and made it vulnerable to becoming an orphan work.

23. The removal of my copyright management information interfered with my actual and prospective relationships with clients who might otherwise compensate me for the licensed use of the Works.

24. The removal of my copyright management information prevents me from granting any broadly exclusive license in the Work to a third party, and even in the event that a third party does not require an exclusive license, few such clients would consider licensing my image for use in connection with services similar to those provided by the defendant.

I swear of affirm the foregoing is true and correct under penalties of perjury.

DATED: March 31, 2021

*Robert Stevens*
Robert Stevens